UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 360 N. RODE DRIVE, LP,<br><br>                          Plaintiff(s),<br><br>          -against-<br><br>WELLS FARGO BANK, N.A. et al.,<br><br>                          Defendant(s). | 22-cv-767 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties are scheduled to appear for a telephonic conference on March 7 at 4 p.m. By March 5, 2024, at 5:00 p.m., the parties shall submit a joint letter addressing whether holding the conference would still be useful and, if so, what issues the parties would like to address at the conference.

    SO ORDERED.

Dated: March 1, 2024
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                     United States District Judge