UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 360 N. RODEO DRIVE, LP, a California limited partnership,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF COMM 2017-COR2 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-COR2; MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION; and DOES 1 through 10,<br><br>        Defendants. | Case Action No. 1:22-cv-00767-AS |

## **FINAL JUDGMENT**

 

**ROSS LLP**
Peter W. Ross (*admitted Pro Hac Vice*)
pross@rossllp.la
Richard A. Schwartz (*admitted Pro Hac Vice*)
rschwartz@rossllp.la
1900 Avenue of the Stars, Suite 1225
Los Angeles, CA 90067
Phone: (424) 704-5600

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Matthew F. Gately
mfg@njlawfirm.com
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
*Attorneys for Plaintiff*

This Court conducted a bench trial from July 23 to July 26, 2024, and issued an Opinion and Order dated September 4, 2024 (the "Order"). Consistent with the Order, the Court hereby orders that:

1. Judgment is entered in favor of Plaintiff 360 N. Rodeo Dr., LP ("Plaintiff") and against Defendants Wells Fargo Bank, N.A., as Trustee for the Benefit of the Holders of Comm 2017-COR2 Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2017-COR2 and Midland Loan Services, a Division of PNC Bank, N.A. ("Defendants"), jointly and severally, on Plaintiff's third claim for relief in the amount of $548,645.42 plus prejudgment interest in the amount of $135,688.28.

2. Judgment is entered against Plaintiff and in favor of Defendants on Plaintiff's remaining first, second, fourth and fifth claims for relief.

3. Any taxation of costs shall be governed by Local Rule 54.1.

Dated: September 18, 2024

_____
Hon. Arun Subramanian
UNITED STATES DISTRICT JUDGE